# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Baxter, Andrew T. | District Court-Northern NY | 05/08/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (FT) | ☐ Nomination ___ Date ___ <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2016 <br> to <br> 12/31/2016 |

**7. Chambers or Office Address**

James Hanely Federal Building
P.O. Box 7396
100 South Clinton Street
Syracuse, NY 13261-7396

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee (1 of 4) | Trust #1 |
| 2. | Vice President | Princeton Alumni Association of Central New York |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Andrew T. | 05/08/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Andrew T. | 05/08/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Andrew T. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First Niagara/Key Bank (Accounts) | A | Interest | | | Closed | 5/3/2016 | J | | |
| 2. Chase (Accounts) | A | Interest | L | T | Open | 02/23/16 | L | | |
| 3. ally (Account) | A | Interest | J | T | | | | | |
| 4. (H) NY's 529 College Savings Program (Accounts) | | | J | T | Open | 12/05/16 | J | | |
| 5. - Interest Accumulation Portfolio (Bloomberg Barclays Index Fund) | A | Interest | J | T | | | | | |
| 6. (H) Trust #1 | | | | | | | | | |
| 7. - First Citizens Community Bank (Dep. Acct.) | A | Interest | M | T | | | | | |
| 8. - Trust #2 | C | Interest | | | | | | | |
| 9. - Real Estate Parcel #1, Potter Cty., PA | | None | M | W | | | | | |
| 10. - Real Estate Parcel #2, Potter Cty., PA | | None | L | W | | | | | |
| 11. - Real Estate Parcel #3, Potter Cty., PA (w/ gas lease) | A | Royalty | K | W | | | | | |
| 12. - Real Estate Right of Way, Potter Cty., PA | | None | J | R | | | | | |
| 13. (H) UBS IRA #1 | | | | | | | | | |
| 14. - Fidelity Advisor Equity Growth Fund. Class A | A | Dividend | J | T | | | | | |
| 15. - Fidelity Advisor Value Strategies Fund, Class A | B | Dividend | J | T | | | | | |
| 16. - Fidelity Advisor Growth Opportunities Fund, Class C | B | Dividend | J | T | | | | | |
| 17. - Fidelity Advisor Small Cap Fund, Class A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Andrew T. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Oppenheimer Global Opportunities Fund, Class A | A | Dividend | J | T | | | | | |
| 19. - UBS Global Allocation Fund, Class A | A | Dividend | J | T | Sold (part) | 03/14/16 | J | A | |
| 20. 1/4 interest in Ameritas Life Ins. Co. whole life policy #1 | A | Dividend | K | T | | | | | |
| 21. 1/4 interest in Ameritas Life Ins. Co. whole life policy #2 | A | Dividend | K | T | | | | | |
| 22. 1/4 interest in Ameritas Life Ins. Co. whole life policy #3 | A | Dividend | K | T | | | | | |
| 23. 1/4 interest in Ameritas Life Ins. Co. whole life policy #4 | A | Dividend | J | T | | | | | |
| 24. 1/4 interest in Ameritas Life Ins. Co. whole life policy #5 | A | Dividend | J | T | | | | | |
| 25. 1/4 interest in Ameritas Life Ins. Co. whole life policy #6 | A | Dividend | J | T | | | | | |
| 26. 1/4 interest in MONY Life Ins. Co. (AXA) whole life policy | A | Dividend | J | T | | | | | |
| 27. Real Estate Parcel #4, Potter County, PA | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Asset #1: Keybank National Association acquired or merged with First Niagara at some point in 2016.

Asset #7: First Citizen changed its name from National Bank to Community Bank at some point prior to 2016.

Asset #8: Trust #2 is a trust created by a family member other than the reporting person, his spouse, or any dependent child and neither the reporting person, his spouse, nor any dependent child have knowldedge of the holdings or source of income of Trust #2 which was paid to Trust #1, except that the income was tax exempt interest.

Asset # 11: Income consists of royalty on gas storage lease from National Fuel Gas Supply Corp.

Asset # 12: The value of the right of way relating to other parcels in Potter County, PA was purchased, on 8/16/2004, for $2,500 by the donor to the trust, a relative.

Assets ## 20-26: 100% cash value and dividends reported, although judge owns 1/4 interest in policies (on the life of a relative).

| Name of Person Reporting | Date of Report |
| --- | --- |
| Baxter, Andrew T. | 05/08/2017 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Andrew T. Baxter**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544